Entered on Docket
February 13, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed February 12, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Joe K. Thompkins,<br>Monica L. Thompkins,<br><br>    Debtors. | No. 14-40650<br><br>Chapter 13 |

**MEMORANDUM REGARDING OBJECTION TO CLAIM**

    Dinesh Shah ("Claimant") filed proof of claim #14, and proof of claim #15 in the above captioned case on April 15, 2014. Claimant objected to confirmation of the Debtors' plan on April 11, and filed a confirmation hearing statement on May 5 (Doc. 28, 35). A confirmation hearing was held on May 8, 2014, and Matthew M. Speilberg appeared on behalf of Claimant. The hearing was continued to June 12. On June 9, Mr. Speilberg withdrew as counsel for Claimant, and Claimant proceeded *in*

1

*propria persona* (Doc. 49).  Claimant did not appear at the continued confirmation hearing, and the Debtors indicated they would object to the claims.  The Debtors objected on July 5, and their objection remains pending (Doc. 58).

    A hearing was held on February 11, 2015, and the court confirmed the Debtors' plan.  After the hearing, the Chapter 13 Standing Trustee brought to the court's attention that Claimant's objection to confirmation remains unresolved.  The objection has not been recently prosecuted, and the court requests the Claimant file a response within seven days from this memorandum being entered. If a response is not filed by Claimant, the court will overrule the Claimant's *Objection to Confirmation of Chapter 13 Plan*, filed on April 11 as document number 28.  If the *Objection* is overruled, the Chapter 13 Standing Trustee should upload a proposed order confirming the Debtors' plan.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

Joe K Thompkins
Monica L Thompkins
528 Stonehaven Court
Hayward, CA 94544

Baron J. Drexel
Law Offices of Baron J. Drexel
212 9th St. #401 Penthouse
Oakland, CA 94607

Matthew M. Spielberg
21855 Redwood Road
Castro Valley, CA 94546

Dinesh Shah
7200 Bollinger Road #310
San Jose, CA 95129

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566